# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| URIEL MARTINEZ | : | No. 17-468-1 |

## ORDER

AND NOW, this 15th day of August, 2022, upon consideration of Uriel Martinez's Motion for Compassionate Release (Doc. No. 32) and the Government's Response in Opposition (Doc. No. 35), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Martinez's Motion for Compassionate Release (Doc. No. 32) is **DENIED**.

It is **FURTHER ORDERED** that Mr. Martinez's Motion Notifying the Court of Non-Service (Doc. No. 38) is **DEEMED MOOT**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1